UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :    UNSEALING
STEPHEN CANNELLA,                 :    ORDER
        a/k/a "ILIKETHAT123,"     :    12 Mag. 3228
                                  :
        Defendant.                :
                                  :
                                  :
                                  :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x

   Upon application of the United States of America, by and through Assistant United States Attorney Ilan T. Graff, it is hereby ORDERED that Complaint 12 Mag. 3228, which was filed under seal on December 12, 2012, be and hereby is unsealed.

SO ORDERED.

Dated:   White Plains, New York
         December 13, 2012

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK