

CR 12 (Rev. 5/03)

**WARRANT FOR ARREST**

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEPHEN CANNELLA,<br>a/k/a "ILIKETHAT123"<br>Defendant. | DOCKET NO. | MAGISTRATE'S CASE NO. |
| | **12 MAG 3228** | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>STEPHEN CANNELLA,<br>a/k/a "ILIKETHAT123" | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>☐ Indictment   ☐ Information   X Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Possession and distribution of child pornography.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2252A(a)(2)(B),   (a)(5)(B), (b)(1), and (b)(2) |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>MAG. JUDGE DAVISON | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>12/12/12 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED<br>12/12/12 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12/12/2012<br>DATE EXECUTED<br>12/13/2012 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Cindy A. Wafft | SIGNATURE OF ARRESTING OFFICER<br>Cindy A. Wafft |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.