# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

June 17, 2013

Honorable Lisa M. Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Stephen Cannella**
       12 Mj. 3228 (PED)

Dear Judge Smith:

    I write on behalf of my client, Stephen Cannella, to respectfully request that the Court modify the conditions of Mr. Cannella's bond, imposed on December 21, 2012. At that time, Judge Davison imposed, among other conditions, release on a $50,000 personal recognizance bond secured by the signatures of both his parents, with home detention, a curfew restricting Mr. Cannella to his father's residence after 9 p.m. and electronic monitoring. On May 23, 2013 Your Honor modified the conditions to allow Mr. Cannella to seek, begin and maintain employment.

    I write to request that Mr. Cannella's bail be modified to allow him to attend his sister, Jacqueline Silverstein's, High School graduation on Saturday, June 22, 2013. The graduation is at the Mid-Hudson Civic Center in Poughkeepsie, New York. He would leave his father's house in White Plains at around 7 a.m. on June 22, 2013 and return to his father's house at around 7 p.m. that same day. He will be accompanied by his family during the graduation.

    I have spoken with Pre-Trial Services Officer Leo Barrios and he has no objections to this request. Assistant United States Attorney Ilan Graff takes no position with regard to this request. Thank you for your consideration of this matter.

Respectfully submitted,

Jason Ser
Assistant Federal Defender
Tel.: (914)-428-7126

SO ORDERED:

HONORABLE Lisa M. Smith
United States Magistrate Judge

CC: Ilan Graff, A.U.S.A, Leo Berrios, U.S.P.T.O, Mr. Stephen Cannella